IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:24CR3084 |
| vs. | |
| CHRISTOPHER GERALD RYAN, | ORDER |
| Defendant. | |

A telephone status conference was set for today. Prior to the call, counsel emailed chambers requesting a continuance of the conference as his client needs additional time to determine whether he wants to plea or go to trial. The government did not object. Based upon the showing provided to the court, the court finds good cause has been shown and the motion to continue should be granted. Accordingly,

IT IS ORDERED:

1) The conference call previously scheduled to be held on December 30, 2024, is continued. A telephonic conference with counsel will be held before the undersigned magistrate judge at 9:30 a.m. on January 27, 2025 to discussing setting any change of plea hearing or the date of the jury trial. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

2) In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and January 27, 2025, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 30th day of December, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge